DISTRICT OF OREGON, ss:                    AFFIDAVIT OF SCOTT MCCOLLISTER

**Affidavit in Support of a
Criminal Complaint and Arrest Warrant**

I, Scott McCollister, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.       I am a Detective with the Portland Police Bureau (PPB), assigned as a Task Force

Officer (TFO) for the Federal Bureau of Investigation (FBI). I have been a sworn police officer

for over twenty-two years. For more than ten years I was assigned as a narcotics investigator

with the PPB Drugs and Vice Division with approximately three years as a TFO with the Drug

Enforcement Administration (DEA). I have conducted investigations into weapons offenses in

violation of Title 18 in addition to violations of Title 21, U.S.C., Sections 841 and 846 and

related financial crimes. As part of my training, I attended the State of Oregon Department of

Public Safety Standards and Training Basic Police Academy, Portland Police Bureau Advanced

Academy, and currently hold a Police Officer Basic, Intermediate, and Advanced certification

through the Oregon Department of Public Safety Standards and Training. I have participated in

no fewer than three hundred investigations regarding the possession, distribution, and

manufacture of controlled substances and have been involved in the preparation and execution of

at least 250 search warrants for narcotics and other criminal offenses. I have participated in seven

federal wire-tap investigations in the District of Oregon and Western District of Washington. In

these investigations, I have been the affiant on federal wiretaps, supervised the wire room,

conducted wire-directed surveillance, and interviewed individuals who were engaged in drug

trafficking.

2.       As set forth below, there is probable cause to believe, and I do believe, that the

individuals listed in this paragraph committed the below-listed offenses. Therefore, I submit this

**Affidavit of Scott McCollister**                                                        **Page 1**

affidavit in support of a criminal complaint and arrest warrants for:

- James Terrence Warren, for conspiracy to possess with intent to distribute cocaine in violation of Title 21, U.S.C. 846.
- Curtis Lee Deskins, for possession with intent to distribute and conspiracy to distribute cocaine in violation of Title 21, U.S.C 841(a)(1) and 846, possession with intent to distribute fentanyl in violation of Title 21, U.S.C 841(a)(1), and being a felon in possession of a firearm in violation of Title 18, U.S.C 922(g).
- Tyrone Polk Warren, for possession with intent to distribute and conspiracy to distribute cocaine in violation of Title 21, U.S.C 841(a)(1) and 846.
- Marcus Anthony Sparrow, for possession with intent to distribute and conspiracy to distribute cocaine in violation of Title 21, U.S.C 841(a)(1) and 846.
- Dante Jamal Benson, for possession with intent to distribute cocaine in violation of Title 21, U.S.C. 841 and being a felon in possession of a firearm in violation of Title 18, U.S.C. 922(g)(1).

## Applicable Law

3.      Title 21, U.S.C., Section 841(a)(1) makes it unlawful for any person to knowingly or intentionally possess with intent to distribute, or to distribute, a controlled substance, including cocaine and fentanyl.

4.      Title 21, U.S.C. Section 846 makes it unlawful to conspire to distribute or possess with the intent to distribute controlled substances in violation of Title 21, U.S.C. 841(a)(1).

5.      Title 18, U.S.C., Section 922(g)(1) makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce, any firearm or ammunition.

/ / /

/ / /

/ / /

**Affidavit of Scott McCollister**                                    **Page 2**

**Statement of Probable Cause**

6.      The Federal Bureau of Investigation (FBI), Portland Police Bureau (PPB),
Internal Revenue Service Criminal Investigations (IRS CI) and Department of Homeland
Security  Investigations (HSI) (hereinafter referred to collectively as "Investigators") are
investigating a drug trafficking organization in the Portland Metropolitan area that includes
James Terrence WARREN, Curtis Lee DESKINS, Marcus Anthony SPARROW, TYRONE Polk
Warren, Dante Jamal BENSON, and Kenyan PAYNE SR. I have participated in this investigation
since on or about June 2022. Based upon the complete investigation, in summary, Investigators
believe the following.

7.      James Terrence WARREN ("WARREN") and Dante Jamal BENSON
("BENSON") are involved in the distribution of cocaine in the Portland area with Kenyan
PAYNE SR ("PAYNE SR") as their California based source of supply. PAYNE SR lives at
1xxx[1] Imperial Street, Lancaster, California (Payne Residence). PAYNE SR uses cellular phone
(xxx) xxx-1023 (Payne-1023). Investigators believe PAYNE SR coordinates the delivery of
drugs and picks up money when he travels to Portland, Oregon approximately one time per
month. PAYNE SR typically drives through the night, using a variety of cars, to include cars
registered to him and/or his wife at the Payne Residence, rental cars and vehicles registered to
seemingly uninvolved third parties. PAYNE SR stays in Portland for a short period of time, often
less than a day, before driving back to Southern California. Investigators believe PAYNE SR

---

[1] For this address and throughout this affidavit, I will use "xxx" to redact out specific known
address and phone numbers to protect personal identifying information from disclosure in this
publicly filed document.

**Affidavit of Scott McCollister**                                                                                    **Page 3**

delivers and/or coordinates the delivery of a quantity of drugs to WARREN and BENSON and then returns to California with the money.

8.      Investigators believe WARREN then supplies cocaine to Curtis DESKINS ("DESKINS") and TYRONE Warren ("TYRONE") and uses Marcus SPARROW's ("SPARROW") residence as a stash location.

9.      James Terrance WARREN lives in Vancouver, Washington at 3xxx NE 43rd Place, Vancouver, Washington (Warren Residence). WARREN uses cellular phone (xxx) xxx-0538 (Warren-0538) and drives three vehicles interchangeably, a 2017 GMC Yukon bearing Oregon license plate CU83767 ("burgundy Yukon"), 2019 Nissan Maxima bearing Washington license plate CHC2943 ("red Maxima"), and 2016 Cadillac XTS bearing Oregon license plate 325MCH ("black Cadillac").

10.      Investigators initially identified 9xxx NE Hassalo Street #209, Portland, Oregon (Allen Residence) as a residence being used by WARREN to store drugs. In August 2023, the female occupant of the Allen Residence, Amber Allen, died. Following her death, WARREN appeared to have moved the stash location to Marcus SPARROW's residence located at 15048 NE Rose Parkway, Portland, Oregon (Sparrow Residence). Marcus Anthony SPARROW lives at the Sparrow Residence and drives a 2010 Mercedes bearing Oregon license plate 828KJJ ("white Mercedes").

11.      Curtis Lee DESKINS lives at 20xxx Larkspur Lane #69, West Linn, Oregon (Deskins Residence) with his girlfriend, Francine Hughes. DESKINS uses cellular phone (xxx) xxx-6635 (Deskins-6635). DESKINS drives two vehicles, a 2022 Volkswagen Tiguan bearing Oregon license plate 986NJN ("grey Tiguan") and 2013 Volkswagen Passat bearing Oregon license plate 865MGM ("silver Passat").

**Affidavit of Scott McCollister**                                                                                                      **Page 4**

12.     A criminal history review for DESKINS shows him to be a convicted felon. DESKINS is therefore prohibited from possessing firearms. DESKINS has prior felony convictions in the State of Washington for domestic violence harassment (2006), in the State of Oregon for unauthorized use of motor vehicle (1993), possession of a controlled substance (1995), felon in possession of a firearm (1995), assault in the 2nd degree (1995), manufacture/delivery of controlled substance within 1000 ft of a school (2001), possession of controlled substance (2003), possession of controlled substance (2009), in the United States District of Oregon for possession with intent to distribute more than five grams of cocaine base (2010), and in the Western District of Washington for possession with intent to distribute more than five grams of crack cocaine and possession of a firearm in furtherance of a drug trafficking crime (2010).[2]

13.     TYRONE Polk Warren lives at 8xxx SE Causey Avenue #M203, Happy Valley, Oregon (Causey Avenue Residence). TYRONE uses cellular phone (xxx) xxx-6477 (Tyrone-6477) and drives a black 2022 Kia Forte bearing Oregon license plate 437NSE (hereinafter "black Kia").

14.     WARREN uses the Glass House Tavern in Portland as a base of his drug trafficking operation, conducting many suspected drug transactions in the business lot. The Glass House Tavern is a business and high vice location, with rampant drug trafficking and prostitution. Video and physical surveillance has shown that WARREN uses the Glass House Tavern as a place to conduct much of his illicit activities. WARREN has been observed on video

---

[2] The criminal convictions listed for Curtis DESKINS in the United States District Court of Oregon and Western District of Washington are from a Motion for Early Termination of Supervised Release filed on behalf of DESKINS on September 8, 2021.

**Affidavit of Scott McCollister**                                          **Page 5**

surveillance contacting people in the lot or in cars for short periods of time, consistent with conducting drug transactions.

15.     Investigators believe PAYNE SR is also sourcing Dante Jamal BENSON who lives at 5xxx NE 7th Avenue, Portland, Oregon (7th Avenue Residence). Investigators have observed BENSON conduct suspected street level drug deals in the area of Dawson Park. Dawson Park is a high vice location with rampant street level drug dealing.

16.     BENSON is a convicted felon with prior felony convictions in the State of California for possession/purchase cocaine base for sale (1992) and in the State of Oregon for delivery of a controlled substance – dangerous drugs (1994), delivery/manufacture of a controlled substance – dangerous drugs (1995), theft in the 1st degree (1999), delivery of cocaine (2013), felon in possession of a firearm (2013), and delivery of cocaine (2013).

17.     Prior to premises warrants executed on October 4, 2023, the following search warrants have been authorized pursuant to this investigation:

    a.   On May 11, 2023, the Honorable Youlee Yim You in the District of Oregon signed search warrants to acquire geo-location for Payne-1023, Warren-0538, and Deskins-6635 (3:23-mc-403-A-C). This order expired on June 24, 2023.

    b.   On June 29, 2023, the Honorable Youlee Yim You, in the District of Oregon, signed search warrants authorizing vehicle trackers to be installed and monitored on the grey Tiguan and silver Passat (3:23-mc-544 A-B). These orders expired August 13, 2023.

    c.   On June 29, 2023, The Honorable Youlee Yim You in the District of Oregon signed search warrants to acquire geo-location for Payne-1023, Warren-0538, (3:23-mc-545-A-B) and Deskins-6635, and Benson-2345 (3:23-mc-546-A-B). These orders expired August 13, 2023.

    d.   On July 3, 2023, the Honorable Theresa L. Fricke, in the Western District of Washington, signed a search warrant authorizing a vehicle tracker to be

installed and monitored on the red Maxima (3:23-mj-05255). This order
expired August 17, 2023.

e.  On August 11, 2023, the Honorable Judge Jolie A. Russo in the District of
Oregon authorized an extension of the vehicle tracking warrants for the grey
Tiguan and silver Passat (3:23-mc-544 A-B).

f.  On August 16, 2023, the Honorable David Christel in the Western District of
Washington authorized an extension of the vehicle tracking warrant for the
red Maxima (3:23-mj-05308).

g.  On August 21, 2023, the Honorable Stacie F. Beckerman in the District of
Oregon, signed search warrants to acquire geo-location for Payne-1023,
Warren-0538, (3:23-mc-711-A-B), Deskins-6635, Benson-2345 and Tyrone-
6477 (3:23-mc-712-A-C).

h.  On September 22, 2023, the Honorable Stacie F. Beckerman in the District of
Oregon, signed search warrants authorizing an extension of the vehicle
tracking warrants for the silver Passat and grey Tiguan (3:23-mc-544 A-B
Second Extension).

i.  On September 25, 2023, the Honorable Grady J. Leupold in the Western
District of Washington, signed search warrants authorizing an extension of the
vehicle tracking warrant for the red Maxima and the addition of authorization
to begin tracking the burgundy Yukon (MJ23-5343).

## A.  STASH LOCATION APPEARS TO MOVE TO SPARROW RESIDENCE

18.  On August 18, 2023, at approximately 12:31 a.m., first responders in Portland
were dispatched to a medical call at the Allen Residence. Investigators learned through social
media posts on Facebook, that Amber Allen died in the early morning hours that day.

19.  At approximately 6:35 a.m., SPARROW arrived at the Allen Residence in the
white Mercedes. He briefly parked but departed without exiting his vehicle. Just before 7:00
a.m., WARREN, in the red Maxima, SPARROW, in the white Mercedes, and TYRONE, in the

black Kia, all arrived at the Allen Residence. Approximately 5 minutes later, TYRONE left, followed by WARREN and SPARROW about 10 minutes later. Geo-location for the tracker affixed to the red Maxima showed WARREN going from the Allen Residence to the Sparrow Residence.

## B.    PAYNE SR MEETS WARREN AT ALLEN RESIDENCE DESPITE AMBER ALLEN DEATH, PAYNE SR RETURNS TO PAYNE RESIDENCE

20.    On August 30, 2023, geo-location information showed PAYNE SR traveling northbound along Interstate-5 through the night from California to Oregon.

21.    Investigators established surveillance along Interstate 5 in an attempt to find PAYNE SR. At 9:01 a.m., Investigators located PAYNE SR driving a silver Chrysler Pacifica bearing Arizona license plate AZ/CWR8606, registered to EAN Holdings, LLC (Enterprise Rental Car Company). Investigators followed PAYNE SR directly to the 7th Avenue Residence (BENSON's residence), where he parked in front of the house.

22.    Approximately five minutes later, at 10:05 a.m., PAYNE SR exited the driver's seat of the rental car. PAYNE SR opened the passenger door, pulled out an unknown white object from the passenger seat and walked towards the house.

23.    At 10:53 a.m., SPARROW in the white Mercedes and WARREN in the red Maxima, departed the Warren Residence. WARREN had a shoulder bag around his body.

24.    At 10:55 a.m., PAYNE SR walked from the 7th Avenue Residence, entered the Chrysler Pacifica and departed. Investigators followed PAYNE SR to the Allen Residence. At approximately 11:12 a.m., SPARROW arrived at the Allen residence in the white Mercedes and WARREN arrived in the red Maxima. WARREN was wearing a black shoulder bag. At 11:20

**Affidavit of Scott McCollister**                                         **Page 8**

a.m., PAYNE SR arrived at the Allen Residence in the Chrysler Pacifica. PAYNE SR exited the Pacifica with a black gym bag and walked up the driveway.

25.     At 11:37 a.m., PAYNE SR, SPARROW, AND WARREN walked down the driveway. PAYNE SR was in possession of the black gym bag. PAYNE SR departed in the Pacifica, while SPARROW and WARREN returned to the apartment.

26.     At 12:18 p.m., WARREN and SPARROW walked down the driveway. SPARROW departed in the white Mercedes and WARREN in the red Maxima. Investigators followed both WARREN and SPARROW directly to the Sparrow Residence. WARREN parked along NE 151st Avenue while the white Mercedes was parked inside the open garage. WARREN walked up the stairwell leading to the front door of the Sparrow Residence and entered.

27.     During the early morning hours of August 31, 2023, geo-location information for Payne-1023 showed PAYNE SR returning south on Interstate 5 toward southern California. PAYNE SR arrived in the area of the Payne Residence at approximately 6:30 p.m. At 6:54 p.m., FBI agents in California conducted surveillance at the Payne Residence. Investigators located the silver Pacifica parked in the driveway of the Payne Residence.

28.     Again, PAYNE SR drove through the late night and early morning hours, while travelling to Portland. PAYNE SR was again driving a rental car which I know is used by drug traffickers to conceal their identity and travel patterns from law enforcement. PAYNE SR briefly went to the 7th Avenue Residence, used by BENSON. WARREN and PAYNE SR then met at the Allen Residence despite Amber Allen being dead, and PAYNE SR carried a bag in and out of the residence. I believe PAYNE SR was delivering drugs to WARREN and picking up money, before returning to the Payne Residence in California. I believe WARREN took the items received from PAYNE SR to the Sparrow Residence.

**Affidavit of Scott McCollister**                                    **Page 9**

## C.    WARREN, TYRONE, DESKINS, AND SPARROW FINAL TIME AT ALLEN RESIDENCE

29.    On September 3, 2023, at approximately 10:19 a.m. WARREN arrived at the Allen Residence in the red Maxima. WARREN exited carrying a black backpack and walked up the driveway toward the residence. At approximately 10:29 a.m., TYRONE arrived in the black Kia. TYRONE exited, retrieved a red backpack from the trunk and walked up the driveway. At approximately 10:57 a.m., DESKINS arrived in the grey Tiguan. DESKINS exited carrying a large white backpack and walked up the driveway. At approximately 11:30 a.m., SPARROW arrived in the white Mercedes. SPARROW exited carrying a bag over his shoulder and walked up the driveway. Between 12:36 and 12:40 p.m., each of the men exited the Allen Residence, carrying the bags they arrived with, and departed in their vehicles. Investigators haven't noted WARREN at the Allen Residence since that time.

## D.    WARREN, SPARROW, AND TYRONE AT SPARROW RESIDENCE STASH LOCATION

30.    On September 10, 2023, at approximately 1:30 p.m., WARREN exited the Warren Residence and departed in the burgundy Yukon.

31.    At 1:44 p.m., SPARROW exited the front door of the Sparrow Residence with a small dog on a leash. SPARROW walked the dog away from the residence. Three adults, one carrying an infant, exited the residence and departed in a small silver sedan. At 1:52 p.m., SPARROW returned with the dog and WARREN arrived in the burgundy Yukon. WARREN parked in the driveway and entered the front door of the residence, without knocking. WARREN was wearing a satchel over his shoulder.

**Affidavit of Scott McCollister**                                                    **Page 10**

32.     At 1:45 p.m., geo-location information for Tyrone-6477 showed TYRONE in the area of the Causey Avenue Residence. At 2:16 p.m., geo-location information for Tyrone-6477 showed TYRONE no longer at home, approaching the area of the Sparrow Residence. At 2:19 p.m., TYRONE arrived at the Sparrow Residence in the black Kia. TYRONE parked in the driveway next to the burgundy Yukon. TYRONE removed a red backpack from the trunk of the black Kia and walked to the front door of the residence. TYRONE appeared to knock on the front door and the door was opened from the inside. TYRONE entered. Approximately 5 minutes later, TYRONE exited the front door and departed in the black Kia. At about 2:47 p.m., geo-location information for Tyrone-6477, showed TYRONE in the area of the Causey Avenue Residence.

33.     Shortly thereafter, WARREN and SPARROW exited the front door of the Sparrow Residence. WARREN entered the burgundy Yukon and departed. SPARROW returned in the front door.

34.     Investigators believe the Sparrow Residence is now being used as the stash location by WARREN. Based upon surveillance, I know that SPARROW lives at the Sparrow Residence with three adult family members and an infant child. I know that the family leaving just prior to the arrival of WARREN is consistent with WARREN conducting drug trafficking activities at the residence and not wanting the family to be involved, similar to Amber Allen leaving the Allen Residence at times when WARREN arrived. I know that TYRONE arriving at the Sparrow Residence, removing a backpack from his trunk, and entering for a short period of time is consistent with TYRONE picking up drugs.

/ / /

/ / /

**Affidavit of Scott McCollister**                                                        **Page 11**

E.      **PAYNE SR APPEARS TO RE-SUPPLY WARREN AND BENSON ON**

           **SEPTEMBER 21, 2023**

35.     During the late night, early morning hours of September 20, 2023, geo-location

for Payne-1023 showed PAYNE SR leaving the area of the Payne Residence and travelling north

along Interstate-5 toward Oregon.

36.     At 2:47 p.m., WARREN exited the Warren Residence and departed in the

burgundy Yukon. About 14 minutes later WARREN arrived at the Glass House Tavern. At about

the same time, geo-location for Tyrone-6477 showed TYRONE in the area of Mt. Tabor, where

investigators believe he works. WARREN milled around the parking lot for about a half an hour,

before departing. At approximately 3:33 p.m., geo-location for Tyrone-6477 showed TYRONE

in the area of the Causey Avenue Residence. At approximately 3:48 p.m., WARREN arrived at

the Sparrow Residence. He parked out of view of the camera and walked in from the area of NE

151st Avenue. As WARREN approached, he placed on a mask and knocked on the front door.

WARREN briefly stepped inside before returning in the direction of the burgundy Yukon.

WARREN again returned and entered the Sparrow Residence.

37.     At approximately 4:05 p.m., Tyrone-6477 showed TYRONE approaching the area

of the Sparrow Residence, and four minutes later, TYRONE arrived in the black Kia. TYRONE

parked blocking the Sparrow Residence driveway and WARREN came out to the street to

contact him. WARREN removed a red backpack from the passenger seat of the black Kia and

entered the Sparrow Residence with the red backpack. TYRONE departed. At approximately

4:22 p.m., WARREN exited the Sparrow Residence. At approximately 4:45 p.m., WARREN

arrived back at the Glass House Tavern.

38.     At approximately 7:11 p.m., TYRONE arrived at the Glass House Tavern in the black Kia. He pulled into a spot next to the burgundy Yukon. TYRONE and WARREN milled around the parking lot, talking to other patrons. At approximately 7:49 p.m., WARREN stood in the middle of the parking lot and appeared to be holding a phone. PAYNE SR then pulled into the parking lot, driving a silver Audi Q7, believed to be the same silver Audi he previously used. WARREN contacted PAYNE SR and PAYNE SR exited the silver Audi. At approximately 7:52 p.m., WARREN retrieved the red backpack from the rear passenger seat of the burgundy Yukon. WARREN walked the backpack to the passenger side of the silver Audi and placed it inside, while PAYNE SR greeted TYRONE.

39.     WARREN and PAYNE SR then entered the Glass House Tavern for a few minutes, before returning to the silver Audi. PAYNE SR opened the tailgate and the rear driver side door. PAYNE SR entered the back seat as WARREN sat in the front passenger seat. WARREN opened the red backpack and was visibly removing items from the red backpack and handing them toward PAYNE SR in the back seat. WARREN then appeared to reach behind the seat and then placed an item back into the red backpack. WARREN exited the silver Audi with the red backpack and PAYNE SR departed. WARREN placed the red backpack in the front seat of the black Kia and TYRONE departed. A few minutes later WARREN departed in the burgundy Yukon. At 8:26 p.m., geo-location for Tyrone-6477 showed TYRONE in the area of the Causey Avenue Residence.

40.     Again, PAYNE SR departed the Payne Residence in southern California during the late-night hours and drove to Portland. I believe WARREN provided PAYNE SR with money and in return PAYNE SR coordinated a drug delivery to WARREN. I believe WARREN picked up money from TYRONE in the red backpack at the Sparrow Residence. I believe

**Affidavit of Scott McCollister**                                                              **Page 13**

WARREN then provided the drugs to TYRONE when he placed the red backpack in the black Kia, before TYRONE returned home to the Causey Avenue Residence.

41.     PAYNE SR stayed the night in the area of NE 162nd Avenue in Portland. At approximately 8:09 a.m., PAYNE SR parked the silver Audi along the curb in front of the 7th Avenue Residence. BENSON, who appeared to be in sleeping attire, walked from the front door of the residence and approached the silver Audi. BENSON then carried a blue bag from the silver Audi to the front door of the residence. BENSON returned to the silver Audi. The silver Audi was in front of the 7th Avenue Residence for approximately 3 minutes before departing. I believe PAYNE SR was delivering drugs to BENSON at the 7th Avenue Residence.

42.     At about noon, PAYNE SR began travelling south toward California.

43.     Later that day, geo-location for the tracker affixed to the silver Passat showed DESKINS depart the Deskins Residence, later arriving at the Prescott Street Residence (9xxx NE Prescott #10, Portland, Oregon). Based on DMV records, Investigators believe this is an address where DESKINS' mother resides and that he lists as his residence. DESKINS parked the silver Passat outside of the apartment complex and walked in. At 1:40 p.m., DESKINS, carrying an unknown item, walked to the stairwell leading to the Prescott Street Residence. At 2:48 p.m., DESKINS walked away from the residence, carrying an unknown item. Within a few minutes, DESKINS arrived at the Glass House Tavern, where WARREN was. DESKINS contacted WARREN in the lot. Investigators could see DESKINS and WARREN in and around the burgundy Yukon and silver Passat but could not see specifically what WARREN and DESKINS were doing. At about 3:24 p.m., DESKINS departed in the silver Passat. Two minutes later DESKINS parked the silver Passat on the sidewalk in front of the Prescott Street Residence and

**Affidavit of Scott McCollister**                                    **Page 14**

his mother, Lisa Deskins, came out to the car. DESKINS handed his mother some type of magazine or similar and he departed.

44.     I know that DESKINS commonly meets with WARREN around the time PAYNE SR comes to Portland. In this instance, PAYNE SR met with WARREN the night before in the same parking lot. I believe DESKINS picked up drugs from WARREN. I believe DESKINS picked up money from the Prescott Street Residence before meeting with WARREN.

## F.     OCTOBER 3, 2023: TYRONE APPEARS TO DROP OFF SHOE BOX TO MARCUS SPARROW

45.     On October 3, 2023 at 5:21 p.m., TYRONE parked the black Kia in front of the Sparrow Residence driveway. TYRONE opened the trunk of the black Kia from inside the driver's compartment. TYRONE then retrieved what appeared to be a blue shoe box from the trunk of the black Kia. SPARROW came out of the front door of the Sparrow Residence and met with TYRONE in the driveway. TYRONE handed the blue shoe box to SPARROW who took it inside the Sparrow Residence. TYRONE departed.

## G.     EXECUTION OF SEARCH WARRANTS

46.     On October 1, 2023, the Honorable Judge Youlee Yim You in the District of Oregon (23-MC-847 A-S) signed search warrants for locations to include: the Deskins Residence, the Sparrow Residence, Causey Avenue Residence (TYRONE), and 7th Avenue Residence (BENSON).

47.     On October 2, 2023, the Honorable Judge Theresa L Fricke in the Western District of Washington (MJ-23-5350 01-06) signed search warrants for locations to include the Warren Residence in Vancouver.

48.     On October 4, 2023 at approximately 5:00 a.m., Investigators executed the search warrant on the Warren Residence. WARREN was taken into custody at the Warren Residence. Investigators seized approximately $10,000 in bulk cash from a safe. Investigators did not seize distribution quantities of drugs at the Warren Residence. Based on my training and experience, it is common for drug trafficking organization leaders to distance themselves from criminal liability by (a) living some distance away from their organization's drug dealing area, and (b) storing illicit substances away from their own residences, such as with co-conspirators.

49.     At the Deskins Residence, DESKINS was taken into custody. As pictured here, Investigators seized three large ziplock-style bags containing approximately 2655.2 grams (including packaging) of blue pills. A sample of one of the bags of blue pills was field tested, which presumptively tested positive for fentanyl. Investigators also seized three large ziplock-style bags containing approximately 3244.2 grams (including packaging) of a white powder, consistent with cocaine. Investigators



conducted a field test of one bag of suspected cocaine, which presumptively tested positive for cocaine. Based on my training and experience, I know the quantity of fentanyl pills and cocaine seized are consistent with distribution and not personal use. Investigators also seized $7,982 dollars and six firearms. One firearm, a Walther P22 .22 caliber handgun (serial number WA282313) was located on the nightstand in DESKINS' room. An online search shows the Walther P22 is not manufactured in Oregon. DESKINS is a convicted felon and given his significant criminal history involving multiple felony convictions,

I believe that he is aware of his status as a person who has been convicted of crimes punishable by terms of imprisonment exceeding one year.

50.     At the Sparrow Residence, SPARROW was taken into custody. SPARROW's room was identified as the master bedroom. In the master bedroom, Investigators seized three firearms, a scale, packaging, one package of suspected cocaine labeled "TXL" (consistent with 1

kilogram of cocaine) and five smaller baggies with white powder substance. The suspected kilogram was found in a blue shoe box on a top closet shelf in the master bedroom (pictured at right). The blue shoe box is consistent with the blue shoe box TYRONE provided to SPARROW on



October 3, 2023. The quantity of suspected cocaine seized is consistent with distribution and not user quantity. Following is a photo of the brick in the blue shoe box.

51.     At the Causey Avenue Residence, TYRONE was taken into custody. Investigators seized five bricks of suspected cocaine (approximately 6418 grams with packaging) from a backpack in TYRONE's closet in addition to $2390 in cash. The bricks of suspected cocaine also contained the imprint "TXL" consistent with the suspected kilo brick of cocaine found at the Sparrow Residence. The quantity of cocaine seized is consistent with distribution and not personal use. Following is a picture of the bricks.

/ / /

/ / /

/ / /



52.     At the 7th Avenue Residence, BENSON was taken into custody. In BENSON's room, that he didn't appear to share with any other person, Investigators seized a Beretta 9mm handgun (serial number TX07339), approximately $7137 in cash, and clear plastic bags containing a white powder substance. One bag, estimated by Investigators to weigh between six and eight ounces was field tested, and presumptively tested positive for cocaine. **This quantity of cocaine seized is consistent with distribution and not personal use.** An online search shows the Beretta handgun is not manufactured in Oregon. At the Portland Police Detective Division BENSON was interviewed. Post Miranda, BENSON told Investigators all the cocaine seized from his residence belonged to him and he admitted he sold cocaine at Dawson Park. BENSON is a convicted felon and given his significant criminal history involving multiple felony convictions, I believe that he is aware of his status as a person who has been convicted of crimes punishable by terms of imprisonment exceeding one year.

## <u>Conclusion</u>

53.     Based on the foregoing, I have probable cause to believe, and I do believe, that:

- James Terrence Warren (WARREN) committed conspiracy to possess with intent to distribute cocaine in violation of Title 21, U.S.C. 846;

**Affidavit of Scott McCollister**                                                   **Page 18**

- Curtis Lee Deskins (DESKINS) committed possession with intent to distribute and conspiracy to distribute cocaine in violation of Title 21, U.S.C 841(a)(1) and 846, possession with intent to distribute fentanyl in violation of Title 21, U.S.C 841(a)(1), and being a felon in possession of a firearm in violation of Title 18, U.S.C 922(g)(1);

- Tyrone Polk Warren (TYRONE), committed possession with intent to distribute and conspiracy to distribute cocaine in violation of Title 21, U.S.C 841(a)(1) and 846;

- Marcus Anthony Sparrow (SPARROW), committed possession with intent to distribute and conspiracy to distribute cocaine in violation of Title 21, U.S.C 841(a)(1) and 846;

- Dante Jamal Benson (BENSON), committed possession with intent to distribute cocaine in violation of Title 21, U.S.C. Section 841(a)(1) and being a felon in possession of a firearm in violation of Title 18, U.S.C Section 922(g)(1).

I therefore request that the Court issue a criminal complaint and arrest warrant for James Terrence WARREN, Curtis Lee DESKINS, Marcus Anthony SPARROW, TYRONE Polk Warren, and Dante Jamal BENSON.

/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of Scott McCollister**                                                    **Page 19**

54.     Prior to being submitted to the Court, this affidavit, the accompanying complaint

and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Leah K.

Bolstad, and AUSA Bolstad advised me that in her opinion the affidavit and complaint are

legally and factually sufficient to establish probable cause to support the issuance of the

requested criminal complaint and arrest warrant.


/s/ by telephone
SCOTT MCCOLLISTER
FBI Task Force Officer


Sworn to by telephone at __7:38__ a.m./p.m. in accordance with Fed. R. Crim. P. 4.1

this ___4___ day of October 2023.


HONORABLE JOLIE A. RUSSO
United States Magistrate Judge


**Affidavit of Scott McCollister**                                         **Page 20**